[No. 65176-5-I.   Division One.   August 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVON DASHAUN PITCHFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14478-6, Bruce E. Heller, J., entered April 5, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 65739-9-I.   Division One.   August 20, 2012.]

*In the Matter of the Marriage of* FORD B. SMITH, *Respondent*, and FAITH L. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-3-00280-4, Leon F. Henley Jr., J. Pro Tem., entered June 24, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Dwyer, JJ.

[No. 66564-2-I.   Division One.   August 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA DIANE ORT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00237-0, Anita L. Farris, J., entered January 13, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 66632-1-I.   Division One.   August 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE MARION WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00690-1, Ronald L. Castleberry, J., entered January 6, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J.